ABRAHAM DONNER, Appellant, *v.* ASSOCIATED LACE CORPORATION, Respondent.

Argued October 15, 1951; decided December 6, 1951.

*Otto A. Samuels* for appellant.

*Edwin M. Reich* and *Charles Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.